IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION,

Plaintiff,

v.

PACT XPP SCHWEIZ AG,

Defendant.

No. C 19-02241 WHA

**NOTICE RE RULE 26(f) CONFERENCE**

In this civil action, plaintiff Intel Corporation seeks declaratory relief of non-infringement of twelve patents owned by defendant PACT XPP Schweiz AG (and breach of contract). This poses a procedural problem not posed in the normal infringement case in which the patent owner initiates the litigation. When the patent owner initiates, it should have good faith basis under Rule 11 for each claim of infringement, including each specific patent, before dragging accused infringer into court.

In this case, however, it is Intel who has dragged the patent owner into court and seeks declaratory relief that it does *not* infringe. The Court is concerned that this procedural posture forces the patent owner to counterclaim and/or supply infringement contentions before it has had a fair opportunity to examine the technology in question. Therefore, counsel for both sides should take into account this consideration in its Rule 26(f) conference and should anticipate that the Court will likely permit sufficient discovery into all of Intel's products for which declaratory relief is sought prior to requiring the patent owner to counterclaim and/or the supply

infringement contentions. In other words, having initiated the litigation, Intel should be prepared to open its files, records, and products accused to allow the patent owner a fair opportunity to respond.

Dated: May 3, 2019.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE